B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, **Cindy C. Buhalo** (name), certify that service of this summons and a copy of the complaint was made **November 2, 2023** (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Michael R. Colbert-Hepp
2201 Buchanon Ave.
Croydon, PA 19021

Michael A. Cataldo, Esq.
Gellert Scali, Busenkell + Brown
1201 N. Orange St., Suite 300
Wilmington, DE 19801

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service ~~on an~~ Insured Depository Institution: By sending the process by certified mail addressed to the following ~~officer of the~~ defendant at:

Michael R. Colbert-Hepp
2201 Buchanon Ave.
Croydon, PA 19021

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **11/2/23**    Signature **Cindy C. Buhalo**

Print Name: **Cindy C. Buhalo**

Business Address: **Fox Rothschild LLP
2000 Market St., 20th Fl.
Phila., PA 19103**